IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
CASE NO. 25-CVS-955

STATE OF NORTH CAROLINA

COUNTY OF CATAWBA

DOVER SUB 1 LLC, RRAIT SUB 1 LLC, MERCHANT'S SUB 1 LLC and HAWKS LANDING OWNER, LLC,

Plaintiffs,

vs.

TESTIMONY OF:
ELIEZER MEISELS

HAWKS NOTE PURCHASE, LLC,

Defendant.

* * * * *
TUESDAY - OCTOBER 21, 2025
* * * * *

T R A N S C R I P T of the stenographic notes of the deposition of Eliezer Meisels, taken remotely through videoconference pursuant to notice via Zoom before Catherine McLaughlin, a Certified Court Reporter of the State of New Jersey, License No. 30XI00186100, on the above date, commencing at 3:00 p.m.

A P P E A R A N C E S:

GLANKLER BROWN
BY: S. JOSHUA KAHANE, ESQUIRE
AUBREY B. GREER, ESQUIRE
6000 Poplar Avenue - Suite 400
Memphis, Tennessee 38119
901-576-1891
901-576-1701
jkahane@glankler.com
agreer@glankler.com

Attorneys for Plaintiffs

FOX ROTHSCHILD LLP
BY: JESSICA L. GREEN, ESQUIRE
301 Hillsborough Street - Suite 1120
Raleigh, North Carolina 27603
919-755-8763
jgreen@foxrothschild.com

Attorneys for Defendant

I N D E X


| WITNESS | PAGE |
|---|---|
| ELIEZER MEISELS | |
| BY: Ms. Green | 5 |
| Mr. Kahane | 61 |


E X H I B I T S


| EXHIBIT | PAGE |
|---|---|
| None marked. | |


PREVIOUSLY MARKED EXHIBITS


| | |
|---|---|
| 16 | 10 |
| 28 | 34 |
| 23 | 37 |

- - -
DEPOSITION SUPPORT INDEX
- - -

Direction to Witness Not to Answer

| Page | Line |
|---|---|
| 59 | 21 |

Request for Production of Documents

Page Line

Stipulations

Page Line

Question Marked

Page Line

(ph) indicates a phonetic spelling.

[sic] indicates the text is as stated.

Quoted text is as stated by the speaker.

ELIEZER MEISELS, address stated as 3 Alpine Court, Spring Valley, New York 10977, situated in the law offices of Fox Rothschild, 212 Carnegie Center, Suite 400, Princeton, New Jersey, 08540, having been first duly sworn or affirmed, was examined and testified as follows:

- - -

EXAMINATION

- - -

BY MS. GREEN:

Q. So we are here this afternoon to take your deposition individually, so not on behalf of plaintiffs. You are speaking for yourself on behalf of yourself under your own volition. So I think we can jump right in without going over the ground rules again. If you disagree with me, if you need a reminder, let me know.

A. All right.

Q. First of all, what is your education background? Did you go to college?

A. Did not go to college.

Q. Did you go to a like a trade school?

A. No.

Q. Did you graduate high school?

A. Yes.

A. -- everything else.
Q. And that's what you've said you've been doing since about 2017?
A. Yep.
Q. On-the-job experience?
A. School of hard knocks.
Q. There it is. Okay. And expert in -- in coins?
A. Correct.
Q. Which I'd love to chat about it, but we don't need to chat about it right now.
Anything else you think you're an expert in?
A. I guess that's it.
Q. Okay. So you say you're a 50 percent owner of the Valor Residential Group?
A. Yes.
Q. What's your specific role?
A. I'm the -- I'm the CEO.
Q. And what's Mr. Weingarten?
A. I believe he's titled as the president, just semantics, yes.
Q. Why just semantics?
A. We're 50-50. We discuss everything. I mean he has certain skill set, I have a certain