EXHIBIT GG

From: **Joshua Kahane** <jkahane@glankler.com>
Date: Mon, Aug 31, 2026 at 5:05 PM
Subject: RE: [External] RE: Final Demand - 2025 Tax Returns - MaxMez NC LLC
To: Dave Johnson <djohnson@maxusprop.com>, Eli Meisels <eli@valorresidential.com>
Cc: Max Weingarten <max@valorresidential.com>, Chris Garlich <chrisgarlich@comcast.net>, Jarret Hitchings <jarret.hitchings@bclplaw.com>, dtotta@maxusprop.com <dtotta@maxusprop.com>, bradley.anderson@stinson.com <bradley.anderson@stinson.com>, gwolf@maxusprop.com <gwolf@maxusprop.com>

Just for clarity; I told Eli and Max that the Borrowers in Clay County have a challenging case.

I am enthusiastic about the HNP case, especially in seeing how your BKTCY counsel will explain to you that the money is being held for the life of the litigation.

Nevertheless, I am fine with you rejecting this reasonable resolution. Keeps us busy at Glankler.

Have a great night.

See you next week.

**S. Joshua Kahane, Member**

**P** 901.576.1701 | **F** 901.525.2389

jkahane@glankler.com

Vcard | Bio | www.glankler.com

6000 Poplar Avenue, Suite 400

Memphis, TN 38119

100 YEARS
GLANKLER BROWN.
resolved. period.

TOP WORK PLACES The Commercial Appeal

This communication is from a law firm and may contain privileged and confidential information. Communications between attorneys and their clients are privileged and protected by law from unauthorized disclosure. This communication is intended only for the use of the above named person(s). Do not read, copy, or disseminate this communication unless you are the intended addressee. If you received this communication in error, please advise the sender by reply email and destroy all copies of the original.

FAIR DEBT COLLECTION PRACTICES ACT NOTICE This is a communication from a debt collector seeking to collect a debt and any information obtained will be used for that purpose.

Circular 230 Disclosure: In compliance with requirements imposed by the IRS pursuant to IRS Circular 230, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Dave Johnson <djohnson@maxusprop.com>
**Sent:** Monday, August 31, 2026 5:01 PM
**To:** Eli Meisels <eli@valorresidential.com>
**Cc:** Max Weingarten <max@valorresidential.com>; Chris Garlich <chrisgarlich@comcast.net>; Jarret Hitchings <jarret.hitchings@bclplaw.com>; Joshua Kahane <jkahane@Glankler.com>; dtotta@maxusprop.com; bradley.anderson@stinson.com; gwolf@maxusprop.com
**Subject:** Re: [External] RE: Final Demand - 2025 Tax Returns - MaxMez NC LLC

You guys keep talking about my life?

But your delay game with no bond will end soon!

See you in Clay County next week

Great use of your time to fight a lawsuit Josh told you was a loser at the start!

On Mon, Aug 31, 2026 at 4:51 PM Eli Meisels <eli@valorresidential.com> wrote:

> Never gonna post a bond as long as you live.
>
> Shame, Chris could've had all his money tomorrow

On Mon, Aug 31, 2026 at 5:49 PM Dave Johnson <djohnson@maxusprop.com> wrote:

> Game on
>
> Bring your bond!
>
> On Mon, Aug 31, 2026 at 4:45 PM Max Weingarten <max@valorresidential.com> wrote:
>
> > See you in bk court
> >
> > On Aug 31, 2026, at 17:44, Dave Johnson <djohnson@maxusprop.com> wrote:
> >
> > 1,025,277.88
> >
> > not one penny difference
> >
> > On Mon, Aug 31, 2026 at 4:12 PM Eli Meisels <eli@valorresidential.com> wrote:
> >
> > > For settlement discusions only
> > >
> > > Ok so then we'll accept $1.7m on HNP

**ELI MEISELS**
CEO, CO-FOUNDER
eli@valorresidential.com
845.203.1943 ext. 102
3 Alpine Ct, Ste 200 Chestnut Ridge, NY 10977
www.valorresidential.com

On Mon, Aug 31, 2026 at 4:52 PM Dave Johnson <djohnson@maxusprop.com> wrote:

I can not settle other cases

our offer is to solve HNP today if you want

On Mon, Aug 31, 2026 at 3:48 PM Eli Meisels <eli@valorresidential.com> wrote:

For settlement discusions only

Dave

We agreed to your number on HNP, you and your investors can get that money tomorrow instead of dealing with this in BK indefinitely WITHOUT a bond. You have an opportunity to settle three cases here which might not be available tomorrow...

On Mon, Aug 31, 2026 at 1:51 PM Dave Johnson <djohnson@maxusprop.com> wrote:

In the famous words of Max one time offer only today.

today we settle HNP only for money in court as laid out.

no interest in 1,750,000 or anything else in between.

Understand your threat is now to tie it up for 3 years in BK

Guess we lost another year!

But the Business court says you get to post interest for all of this delay!

SO

We think we are out in 21 days as you had no authority to file the BK without our approval.

You already have an arbitration ruling already on your ignoring authority.

and asset is not in estate which we will file today for a hearing soon.

So on you keep spending legal for only purpose of delaying us.

No return for you

Guess we will just be collecting interest on the 22 million with a bond you will have to post at some point

Just a question of time or better yet a full release and we know you know that!

On Mon, Aug 31, 2026 at 12:09 PM Dave Johnson <djohnson@maxusprop.com> wrote:

> Eli and Josh brought up in mediation today the settlement of only Hawks Note litigation
>
> Although confident we will get BK dismissed soon we both have the trail coming up which is going to cost lots
>
> So we will make you the offer we made months ago
>
> You can have the money with court now just over one million and have your bond of 100,000 released
>
> This ends Hawks Note lawsuit to get its money back from the court
>
> Nothing else is settled today
>
> You can make an offer on the Arbitration Judgment but that is MaxMez and separate
>
> On Sat, Aug 15, 2026 at 9:42 PM Max Weingarten <max@valorresidential.com> wrote:

**Confidential Inadmissible Settlement Communication**

Dave

I will make you a one time offer. I will not do this again.

On HNP, we will accept $1.8 of the money with the court, you take the rest. We will both dismiss the case against each other in HNP. And you will get all of the k1s this week.

You have until 2PM New York time on Sunday to accept this offer.

Otherwise it's off the table and we continue this fight for another 2 years.

Max