FILED & JUDGMENT ENTERED
Christine F. Ramsey

September 17 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Hawks Landing Owner LLC, | Case No. 26-31122 (LTB) |
| Debtor. | |

**CONSENT ORDER GRANTING PENDING MOTIONS AND DISMISSING CASE**

THIS MATTER BEING before the Court on the *Motion for Entry of an Order (I) Confirming the Automatic Stay Does Not Apply to the Release of Funds on Deposit in Catawba County and (II) Lifting the Automatic Stay to Permit Pending State Court Litigation to Proceed* [ECF No. 26] (the "Stay Relief Motion) filed by Hawks Note Purchase LLC ("HNP"), and a separate *Motion to Dismiss Debtors' Chapter 11 Cases for Lack of Requisite Corporate Authorization* [ECF No. 17] (the "Dismissal Motion" and together with the Stay Relief Motion, the "Motions") having been filed by MaxMez NC, LLC ("MaxMez"); and the above-captioned debtor (the "Debtor") having agreed to resolve the Motions by dismissal of the above-captioned chapter 11 proceeding (the "Bankruptcy Case"); and each of the Debtor, HNP and MaxMez having consented to such resolution and the dismissal of the Bankruptcy Case; and upon presentment of this consent order (this "Consent Order") at a hearing held on September 16, 2026 ; and the Court,

having reviewed the Motions and this Consent Order, the record in this case, the consent of the affected parties reflected therein, and being otherwise sufficiently advised, finds that dismissal is appropriate.

IT IS THEREFORE ORDERED that:

1. This Consent Order be entered and shall resolve each of the Stay Relief Motion and the Dismissal Motion on the terms set forth herein.

2. The chapter 11 case of debtor Hawks Landing Owner LLC, Case No. 26-31122, is hereby **DISMISSED**.

3. The dismissal of the Bankruptcy Case shall be effective immediately upon entry of this Consent Order. For the avoidance of doubt, any stay or injunction of proceedings arising as a result of the Bankruptcy Case, including the automatic stay arising from Section 362 of the Bankruptcy Code, is and shall be automatically and immediately lifted, dissolved, terminated and otherwise cease upon the dismissal of the Bankruptcy Case.

4. Except as otherwise expressly ordered by this Court, all consequences of dismissal shall be governed by applicable provisions of the Bankruptcy Code and other applicable law, and the Debtors shall pay all outstanding fees and costs associated with this Bankruptcy Case, including such fees and costs owed to the Office of the Bankruptcy Administrator.

5. The Clerk is authorized and directed to take all actions necessary to close the Bankruptcy Case following completion of all administrative matters required in connection with dismissal.

[Intentional blank space]

6. The Court retains jurisdiction to interpret and enforce this Order and to adjudicate any matter over which jurisdiction survives dismissal under applicable law.

**WE CONSENT**:

HENDREN, REDWINE & MALONE, PLLC

*/s/ Jason L. Hendren*
Jason L. Hendren, Esq.
4600 Marriott Drive, Suite 150
Raleigh, North Carolina 27612
jhendren@hendrenmalone.com

*Counsel for the Debtor*

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings, Esq.
301 South College Street, Stuie 2150
Charlotte, North Carolina 28202
Jarret.hitchings@bclplaw.com

*Counsel for MaxMez NC, LLC*

FOX ROTHSCHILD LLP

*/s/ Brian R. Anderson*
Brian R. Anderson, Esq.
230 N. Elm Street, Suite 1200
Greensboro, North Carolina 27401
Branderson@foxrothschild.com

*Counsel for Hawks Note Purchase LLC*

OFFICE OF THE BANKRUPTCY ADMINISTRATOR

/*s/ Shelley Abel*
Shelley Abel, Esq.
401 West Trade Street, Suite 2400
Charlotte, North Carolina 28202
shelley_abel@ncwba.uscourts.gov

*Bankruptcy Administrator*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the Order

United States Bankruptcy Court